**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In Re: BAYCOL PRODUCTS LITIGATION** **MDL NO. 1431**

(MJD/JGL)

*Hartman v. Bayer Corp.*
(master class action complaint)

Pretrial Order No. 44

*Hall v. Bayer Corp.* (Case No. ~~02-1085~~ 02-185MJD)

*Cohen, Gupta, et al. v. Bayer Corp.* (Case No. 01-2388)

---

This matter is before the Court on defendants' motion to compel the depositions of Prem Gupta and Mark Hall, who were named as class representatives in the PSC's original and amended master class action complaints. Plaintiffs have moved to dismiss Gupta and Hall, without prejudice, from both the master class action and from the separate cases Gupta and Hall previously had filed.

After reviewing the briefs of the parties and hearing argument, IT IS HEREBY ORDERED:

1. Prem Gupta is dismissed, without prejudice, from the master class action and from *Cohen, Gupta, et al. v. Bayer Corp.* (Case No. 01-2388). As a condition of these dismissals, Ms. Gupta is required to appear for deposition by defendants on Tuesday, October 22, at a time and location to be agreed by the parties.

2. Mark Hall is dismissed, without prejudice, from the master class action. Further, the case of *Hall v. Bayer Corp.* (Case No. 02-1085) is dismissed without prejudice. As a condition of these dismissals, Mr. Hall is required to appear for

FILED OCT 2 1
RICHARD
JUDGMENT
DEPUTY

deposition by defendants on Tuesday, October 22, at a time and location to be agreed by the parties.

Dated: October 21, 2002

BY THE COURT:

Michael J. Davis
United States District Court