UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to:

Ronald Cohen, Marjorie Freden, Prem Gupta, Larry Julien, William Kuta, Brenda Matzner, Kalid Pervaiz and Adrian Zuckerman, individually and on behalf of all others similarly situated,

Plaintiffs,

v. — Civ. No. 01-2388

Bayer AG, a Foreign corporation, Bayer Corporation, a Subsidiary of Bayer AG, and Bayer Pharmaceutical Division, a Division of Bayer Corporation,

Defendants.

---

Based on the Stipulation dated October 21, 2002, the claims of Plaintiffs Ronald Cohen, Marjorie Freden, Larry Julien and Adrian Zuckerman, in the Complaint in the above-captioned matter are dismissed without prejudice as to all named defendants with each party to bear its own costs and counsel fees.

Date: 11-19-02

Michael J. Davis
United States District Court

FILED NOV 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

E-SERVED
11/11/2002
06:56 PM EST
Baycol MDL 1431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION ) | |
| ) | |
| This Document Relates to: RONALD COHEN, MARJORIE FREDEN, PREM GUPTA, LARRY JULIEN, WILLIAM KUTA, BRENDA MATZNER, KALID PERVAIZ and ADRIAN ZUCKERMAN, individually and on behalf of all others similarly situated, ) | MDL No. 1431 |
| ) | |
| Plaintiffs, ) | (MJD/JGL) |
| ) | |
| v. ) | No. 01 CV 2388 |
| ) | |
| BAYER AG, a Foreign Corporation, BAYER CORPORATION, a Subsidiary of BAYER AG, and BAYER PHARMACEUTICAL DIVISION, a Division of BAYER CORPORATION, ) | Judge Michael Davis |
| ) | |
| Defendants. ) | |

**STIPULATION**

AND NOW THIS 21st day of October, 2002, it is hereby STIPULATED pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), that the claims of Plaintiffs, RONALD COHEN, MARJORIE FREDEN, LARRY JULIEN, and ADRIAN ZUCKERMAN, in the Complaint in the above-captioned matter shall be dismissed without prejudice as to all named defendants with each party to bear its own costs and counsel fees. This dismissal does not include those Plaintiffs that wish to remain class representatives.

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
54TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

E-SERVED 11/11/2002 06:56 PM EST Baycol MDL 1431

This Stipulation is filed on behalf of all Defendants who have appeared in the above captioned matter, those being BAYER AG, BAYER CORPORATION, a Subsidiary of BAYER AG, and BAYER PHARMACEUTICAL DIVISION, a Division of BAYER CORPORATION against whom the claims in the complaint brought by Plaintiffs, RONALD COHEN, MARJORIE FREDEN, LARRY JULIEN, and ADRIAN ZUCKERMAN, shall be dismissed in their entirety by the Court's approval of this Stipulation.

*/s/ Original Signature of File with Filing Attorney* — October 21, 2002 (DATE)

Kenneth B. Moll, Esq.
Hal J. Kleinman, Esq.
Sonia S. Kinra, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
54TH Floor
Chicago, Illinois 60602
For: Plaintiffs RONALD COHEN, MARJORIE FREDEN, LARRY JULIEN, and ADRIAN ZUCKERMAN

*/s/ Original Signature of File with Filing Attorney* — October 21, 2002 (DATE)

Susan Weber, Esq.
SIDLEY, AUSTIN, BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
For: BAYER AG
BAYER CORPORATION
BAYER PHARMACEUTICAL DIVISION

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
54TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

E-SERVED
11/11/2002
06:56 PM EST
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Sonia S. Kinra, certify that a true and correct copy was electronically served to counsel of record on November 11, 2002.

/s/
Sonia S. Kinra

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
54th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com