**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MDL/JGL)** |
| **This Document Relates to:** | : | |
| | : | |
| *Ronald Cohen, et al. v. Bayer AG, et al.* | : | Case No. 01-2388 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of July 27, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The claims of Plaintiff Kalid Pervaiz are **DISMISSED WITH PREJUDICE** from the above-captioned case.

Dated: AUG 3 1 2004

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

SCANNED
SEP 2 2004
U.S. DISTRICT COURT MPLS