UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Ronald Cohen, et al. v. Bayer AG, et al.* | Case No. 01-2388 |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff William Kuta in the above-entitled action may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 9/8/05

Tiffany Donnelly

Kenneth B. Moll, Esq.
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
54th Floor
Chicago, IL 60602
(312) 558-6444

*Counsel for Plaintiffs*

SCANNED
OCT 04 2005
U.S. DISTRICT COURT MPLS

Dated: 9/30/05

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiff William Kuta is dismissed with prejudice.

DATED: OCT 0 3 2005

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

*Cohen*, No. 01-2388